# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Minuteman Health, Inc

        Plaintiff(s)

v.        CIVIL ACTION NO.16-cv-11570-FDS

United States Department of Health and Human Services et al

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

Saylor U.S.D.J

\_\_\_\_\_ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Defendants' motion to strike portions of the administrative record is GRANTED in part and DENIED in part, as set forth above. Defendants' motion for summary judgment is GRANTED, and plaintiff's motion for summary judgment is DENIED.

                ROBERT M. FARRELL
                CLERK OF COURT

Dated: 01/30/2018        By /s/ Taylor Halley
                                         Deputy Clerk